# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

RECEIVED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 9:47:57 PM
CHRISTOPHER A. PRINE
Clerk

VOID RW

**DATE: FEB. 27, 2015**

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:       14TH  COURT OF APPEALS**

**From:    Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 5:47:57 PM
CHRISTOPHER A. PRINE
Clerk

**CAUSE:   2012-55551**

**VOLUME _____   PAGE _____      OR     IMAGE # 64296560**

**DUE   03-02-15                         ATTORNEY TBN #16215500**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH**

**DATE ORDER SIGNED:     2-17-15**

**MOTION FOR NEW TRIAL/REQUEST FOR FINDINGS OF FACT; DATE: FILED   NONE**

**REQUEST TRANSCRIPT DATE FILED       NONE**

**NOTICE OF APPEAL DATE FILED       02-20-15 & AMENDED NOTICE OF APPEAL FILED 02-23-15**

**NUMBER OF DAYS: ( CLERKS RECORD )  10**

**FILE ORDERED:   YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐**

**CODES FOR NOTICE OF APPEAL:   BC , C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/PHYLLIS WASHINGTON_
**PHYLLIS WASHINGTON, Deputy**

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL） |
| NA | AMENDED NOTICE OF APPEAL |

## CAUSE NO. 2012-55551

| | | |
|---|---|---|
| **BARBARA COATS, et al.** | § | **IN THE DISTRICT COURT** |
| *Plaintiffs,* | § | |
| | § | |
| **vs.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **HARRIS COUNTY; et al.** | § | |
| *Defendants .* | § | **61ˢᵗ JUDICIAL DISTRICT** |

## DEFENDANTS' AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, notice is hereby given that Defendants Harris County Precinct 4 Constable's Office Sergeant Mary Haver and Deputy Jason Reese in their Individual Capacities desire to appeal from the Order signed on February 17, 2015, denying the Defendants' No Evidence Motion for Summary Judgment. This accelerated appeal is taken to the First or Fourteenth Court of Appeals at Houston, Texas. This is not a parental termination or child protection case, as defined in Rule 28.4 of the Texas Rules of Appellate Procedure. A related appeal was previously assigned to the Fourteenth Court of Appeals as Case No. 14-14-00895-CV, Cypress Creek Emergency Medical Services Association, Sean Thomas Richardson and William Henry May v. Barbara Coats, Individually, as Personal Representative of the Estate of Jamail Amron, Deceased and as Heir to the Estate of Jamail Amron, Deceased; and Ali Amron, Individually and as Heir to the Estate of Jamail Amron, Deceased, Trial Court Cause No. 2012-55551. Pursuant to Local Rule 1.4(b), this appeal must be assigned to the same court of appeals.

Respectfully submitted,

VINCE RYAN
HARRIS COUNTY ATTORNEY


*/s/ Bruce S. Powers*
Bruce S. Powers
Assistant County Attorney
State Bar No. 16215500
1019 Congress, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5144
Fax: (713) 755-8924
bruce.powers@cao.hctx.net

ATTORNEY FOR DEFENDANTS
HARRIS COUNTY PRECINCT 4
CONSTABLE'S OFFICE
SERGEANT MARY HAVER AND
DEPUTY JASON REESE
IN THEIR INDIVIDUAL CAPACITIES


## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of February, 2015, a true and correct copy of the foregoing Defendants' Amended Notice of Appeal was served upon Plaintiffs' counsel, Bradford J. Gilde, Gilde Law Firm, 5535 Memorial Drive, Suite F., Houston, Texas 77007, bjg@gildelawfirm.com by electronic transmission.


*/s/ Bruce S. Powers*
BRUCE S. POWERS
Assistant County Attorney

CAUSE NO. 2012-55551

| | | |
|---|---|---|
| BARBARA COATS, et al. | § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| HARRIS COUNTY; et al. | § | |
| *Defendants.* | § | 61st JUDICIAL DISTRICT |

## ORDER

On the ___ day of _____, 2014, came on to be heard the No Evidence Motion for Summary Judgment filed by Defendants Harris County Precinct 4 Constable Lt. Michael Combest, Sergeant Ronny Keener, Deputy Bryan Saintes, Deputy Jason Reese, Deputy Kevin Vailes, and Corporal Mary Romeril (now Sergeant Mary Haver) in their Individual Capacities. The Court, having considered the Motion, the Response, and the arguments of counsel, is of the opinion that the said Motion should be, in all respects, GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Lt. Michael Combest in his Individual Capacity are dismissed with prejudice. It is, further,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Sergeant Ronny Keener in his Individual Capacity are dismissed with prejudice. It is, further,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Deputy Bryan Saintes in his Individual Capacity are dismissed with prejudice. It is, further,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Deputy Jason Reese in his Individual Capacity are dismissed with prejudice. It is, further,

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Deputy Kevin Vailes in his Individual Capacity are dismissed with prejudice. It is, further,

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Corporal Mary Romeril (Sergeant Mary Haver) are dismissed with prejudice. ~~The Motion is DENIED as to Jason Reese and Mary. Romeril (Haver).~~

*The Motion is DENIED as to Jason Reese and Mary. Romeril (Haver).*

SIGNED this _____, day of _____, 2014.

FEB 1 7 2015

_____
JUDGE PRESIDING

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    MAR 04, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____ -  INT
                      GENERAL PARTY INQUIRY            PAGE:    1 -    2
CASE NUM: 201255551__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: OTHER CIVIL                   CASE STATUS: READY DOCKET
STYLE: COATS, BARBARA (INDIVIDUALLY AS P VS HARRIS COUNTY
============================================================================
                       **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME             PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
_     00021-0001 DEF        BANSAL, UMA (REPRESENTING BARB
_     00019-0001 AGT        HARRIS COUNTY CONSTABLE'S OFFI
_     00018-0001 AGT        HARRIS COUNTY (GOVERNMENTAL UN
_     00017-0001 DEF 17820800 MAY, WILLIAM HENRY                SCHUBERT, DAV
_     00016-0001 DEF 17820800 MILLER, VAUGHAN                   SCHUBERT, DAV
_     00014-0001 DEF 17820800 RICHARDSON, SEAN THOMAS           SCHUBERT, DAV
_     00006-0001 DEF 08534000 HARRIS COUNTY CONSTABLE'S OFFI    BAKER, MARY E
_     00005-0001 PLT 24045941 WILLIAMS KHERKHER HART BOUNDAS    GILDE, BRADFO

==> (12) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      MAR 04, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____  -  INT
                        GENERAL PARTY INQUIRY             PAGE:   2  -    2
CASE NUM: 201255551__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: OTHER CIVIL                    CASE STATUS: READY DOCKET
STYLE: COATS, BARBARA (INDIVIDUALLY AS P VS HARRIS COUNTY
==============================================================================
                       **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00004-0001 PLT 24045941 GILDE LAW FIRM PLLC              GILDE, BRADFO
_     00003-0001 PLT 24045941 AMRON, ALI (INDIVIDUALLY AND A   GILDE, BRADFO
_     00002-0001 DEF 08534000 HARRIS COUNTY                    BAKER, MARY E
_     00001-0001 PLT 24045941 COATS, BARBARA (INDIVIDUALLY A   GILDE, BRADFO




==> (12) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```